## GLOBE LOAN CO. v. BETANCOURT.
### (No. 5398.)

(Court of Civil Appeals of Texas. San Antonio. Dec. 5, 1914. Rehearing Denied Dec. 16, 1914.)

APPEAL AND ERROR (§ 65*)—JURISDICTION OF COURT OF CIVIL APPEALS—AMOUNT IN CONTROVERSY.

Where plaintiff in justice's court, demanding judgment for $104, recovered judgment for $76, and, on appeal by defendant, filed in the county court an amendment reducing the demand to $76, the amount in controversy in the county court was $76, and the Court of Civil Appeals has no jurisdiction of an appeal from a judgment for that amount.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 315–328; Dec. Dig. § 65.*]

Appeal from Bexar County Court for Civil Cases; John H. Clark, Judge.

Action by Ireneo Betancourt against the Globe Loan Company. From a judgment for plaintiff, defendant appeals. Dismissed.

Chambers & Watson, of San Antonio, for appellant. Fred N. Cowen, Wm. H. Russell, and McCollum Burnett, all of San Antonio, for appellee.

FLY, C. J. This is a suit for double the alleged amount of usurious interest paid by appellee to appellant, which in the justice's

court was placed at $104. The cause was tried by the justice of the peace, and judgment rendered in favor of appellee for $76. The cause was appealed by appellant to the county court. During the trial in the county court, appellee filed an amendment, in which the amount claimed was reduced to $76, and the jury found in favor of appellee for that amount.

By the amendment in the county court the amount in controversy was reduced from $104 to $76, a sum from which an appeal could not be prosecuted to this court. Bishop v. Lawson, 47 Tex. Civ. App. 646, 105 S. W. 1008.

The appeal is dismissed.